AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05-318__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

__MAY 20 2005__                    ____[signature] (4378)____
(Date forms issued)               (Signature of Party or their Representative)

                                  _____
                                  (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action