IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| AJINOMOTO CO., INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of the following attorneys to represent The NutraSweet Company in this matter:

Steven P. Handler, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

David F. Wentzel, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

John P. Killacky, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

Jeremy Root, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
Gary F. Traynor (Bar ID #2131)
J. Clayton Athey (Bar ID #4378)
1310 N. King Street
P.O. Box 1328
Wilmington, Delaware 19899-1328
(302) 888-6500
jlholzman@prickett.com
gftraynor@prickett.com
jcathey@prickett.com
Attorneys for Plaintiffs

18971.1\274104v1

OF COUNSEL:

Steven P. Handler
David F. Wentzel
John P. Killacky
Jeremy Root
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

Dated: May 20, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 5/17/05

Steven P. Handler (Illinois ID # 1115847)
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606

18971.1\274104v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 5/16/05

David F. Wentzel (Illinois ID # 6204739)
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 5-16-05

John P. Killacky (Illinois ID # 6275270)
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 5/16/05

Jeremy Root (Illinois ID # 6279383)
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606

CHI99 4472674-1.058468.0018

18971.1\274104v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AJINOMOTO CO., INC.,  )<br>)<br>Defendant.  )<br>) | C.A. No. _____ |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> of the following attorneys on behalf of The NutraSweet Company is granted: Steven P. Handler, Esquire, David F. Wentzel, Esquire, John P. Killacky, Esquire and Jeremy Root, Esquire.

_____
United States District Judge

Dated: _____

18971.1\274104v1