IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AJINOMOTO CO., INC., ) <br> ) <br> Defendant. ) | C.A. No. _____ |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for The NutraSweet Company (a nongovernmental corporate party) makes the following disclosure on behalf of said party:

1. The party does not have a parent corporation.

2. There is no publicly held corporation that owns 10% or more of the party's stock.

Dated: May 20, 2005

OF COUNSEL:
Steven P. Handler
David F. Wentzel
John P. Killacky
Jeremy Root
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
Gary F. Traynor (Bar ID #2131)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, Delaware 19801
(302) 888-6500
jlholzman@prickett.com
gftraynor@prickett.com
jcathey@prickett.com
Attorneys for Plaintiff

CHI99 4464327-6.058468.0018