# UNITED STATES DISTRICT COURT
### District of Delaware

| | |
|---|---|
| THE NUTRASWEET COMPANY,<br><br>Plaintiff,<br><br>V.<br><br>AJINOMOTO CO., INC.<br><br>Defendant. | SUMMONS IN A CIVIL CASE<br><br><br><br>CASE NUMBER   0 5 - 3 1 8 |

TO: (Name and address of Defendant)

Ajinomoto Co., Inc.
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name & address)

> James L. Holzman, Esquire
> Prickett, Jones & Elliott, P.A.
> 1310 King Street
> P. O. Box 1328
> Wilmington, Delaware 19899

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   MAY 2 0 2005
_____                   _____
CLERK                                                       DATE

*Evelle Watson*
_____
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 20, 2005 |
| NAME OF SERVER (PRINT) J. Clayton Athey | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

XX ☐ Other (specify): Served defendant, by serving its Registered Agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801; Copies thereof were left with a Representative of the Registered Agent.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 20, 2005       _____(4378)_____
              Date                Signature of Server
                                  PRICKETT, JONES & ELLIOTT, P.A.
                                  1310 N. King Street, P.O. Box 1328
                                  Wilmington, DE 19899-1328
                                  (302) 888-6500
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.