IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AJINOMOTO CO., INC., )<br>)<br>Defendant. )<br>) | Case No. 05-318 (SLR) |

**STIPULATION TO EXTEND TIME
TO ANSWER OR OTHERWISE MOVE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time in which Defendant Ajinomoto Co., Inc. may answer, move, or otherwise respond to the complaint in the above-captioned case be, and the same hereby is, extended to and including June 24, 2005. No prior extensions have been granted.

Dated: June 8, 2005

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (DSB ID No. 663)
Gary F. Traynor (DSB ID No. 2131)
J. Clayton Athey (DSB ID. 4378)
1310 King Street
Wilmington, Delaware 198010
(302) 571-6560
jlholzman@prickett.com
gftraynor@prickett.com
jcathey@prickett.com

*Attorneys for Plaintiff
The NutraSweet Company*

| | |
|---|---|
| CO-COUNSEL:<br><br>CLEARY GOTTLIEB<br>    STEEN & HAMILTON, LLP<br>Matthew D. Slater, Esquire<br>Patricia M. McDermott, Esquire<br>Ilya Shapiro, Esquire<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801<br>(202) 974-1500<br>pmcdermott@cgsh.com<br>ishapiro@cgsh.com | POTTER ANDERSON & CORROON, LLP<br><br>By: _/s/ Peter J. Walsh, Jr._____<br>Peter J. Walsh, Jr. (DSB ID No. 2437)<br>1313 North Market Street<br>Post Office Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6037<br>pwalsh@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Ajinomoto Co., Inc.* |

SO ORDERED this _____ day of June, 2005.

_____
United States District Judge Sue L. Robinson

685163v1/29191