IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>AJINOMOTO CO., INC.,<br><br>            Defendant. | Case No. 05-318 (SLR) |

## MOTION OF DEFENDANT
## AJINOMOTO CO., INC. TO DISMISS

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, defendant Ajinomoto Co., Inc. ("Ajinomoto") respectfully moves to dismiss plaintiff's Complaint for Declaratory Judgment. The grounds for this motion are fully set forth in the accompanying memorandum of law in support of this motion and the Declaration of Yasushi Tomioka, filed contemporaneously herewith.

Dated: June 24, 2005

Co-Counsel:

CLEARY GOTTLIEB
   STEEN & HAMILTON, LLP
Matthew D. Slater, Esquire
Patricia M. McDermott, Esquire
Ilya Shapiro, Esquire
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
(202) 974-1500
mslater@cgsh.com
pmcdermott@cgsh.com
ishapiro@cgsh.com

POTTER ANDERSON & CORROON, LLP

By: /s/ P. Walsh
    Peter J. Walsh, Jr. (DSB ID No. 2437)
    1313 North Market Street
    Post Office Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6037
    pwalsh@potteranderson.com

*Attorneys for Defendant*
*Ajinomoto Co., Inc.*

68799v1/29191

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on June 24, 2005, I electronically filed the foregoing MOTION OF DEFENDANT AJINOMOTO CO., INC. TO DISMISS with the Clerk of the Court using CM/ECF, which is available for public viewing and downloading, and which will send notification of such filing to the following counsel of record:

> James L. Holzman, Esquire (DSB ID No. 663)
> Gary F. Traynor (DSB ID No. 2131)
> J. Clayton Athey (DSB ID No. 4378)
> PRICKETT, JONES & ELLIOTT, P.A.
> 1310 King Street
> Wilmington, Delaware  19801
> Email: jlholzman@prickett.com
> Email: gftraynor@prickett.com
> Email: jcathey@prickett.com

*/s/ Peter J. Walsh, Jr.*
Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  pwalsh@potteranderson.com

688016v1/29191