Exhibit D

Case 1:05-cv-00318-SLR  Document 8-5  Filed 06/24/2005  Page 2 of 2



## The NutraSweet Company

July 26, 2001

Lisa Schulthess
Ajinomoto AG
Innere Guterstrasse 2-4
CH-6304 ZUG
SWITZERLAND

Dear Ms. Schulthess:

Cadbury France (formerly KJS France) requires more Encapsulated aspartame and we would like to continue supplying their needs pursuant to our agreement. As you know, in the past, Ajinomoto has given us permission to supply Cadbury notwithstanding NutraSweet's restrictions under agreements that were part of Monsanto's sale of NutraSweet and its interest in NSAG. Before we supply Cadbury, we would like to confirm that Ajinomoto is still willing to permit NutraSweet to do so.

Since there is some time sensitivity to this request, please reply by Wednesday, August 1, 2001 so that we can facilitate movement of product to our warehouse in Rotterdam to supply Cadbury if acceptable to Ajinomoto. Please send one copy of this letter signed by an authorized representative of Ajinomoto to acknowledge your receipt and acceptance. You can fax the signed copy to the attention of John Steffen at +1-312-873-5055.

Thank you and best regards.

The NutraSweet Company              Ajinomoto AG

By: _____                By: _____

Title: _____             Title: _____

Date: 7/26/01                       Date: _____

> 31. Dec. 2001