# Exhibit F

VIA FACSIMILE

June 19, 2002

Mr. Yasushi Tomioka
Manager
Sweetener Department
Ajinomoto Co., Inc.
15-1 Kyobashi itchome, Chuo-ku
Tokyo 104-8315
Japan

        Re:  Supply of Encapsulated Aspartame To Cadbury France

Dear Mr. Tomioka:

Attached is our revision of the Memorandum regarding the Supply of Encapsulated
Aspartame to Comptoir de la Confiserie, Membre Du Group Cadbury Schweppes (鼎
adbury France"). This is taking longer than expected because of Mr. David Bowman痴
absence for medical reasons. Our outside counsel has made revisions to the contract and
included explanations for the changes where applicable.

Additionally, you have requested that we provide an accounting of all encapsulated
aspartame sales to date. Below is a summary of our unaudited figures regarding this
matter through today.

|                      | 2002      | 2001      | TOTAL     |
|----------------------|-----------|-----------|-----------|
| Kgs                  | 5,000     | 3,800     | 8,800     |
| Net Sales            | $ 151,062 | $ 119,497 | $ 270,559 |
| Variable Costs       | 43,300    | 32,722    | 76,022    |
| Marginal Profit      | $ 107,762 | $ 86,775  | $ 194,537 |
| 1/2 of Marginal Profit | $ 53,881 | $ 43,388  | $ 97,269  |

Thank you for your patience in this matter. I look forward to receiving your response.

Sincerely,


Craig Petray
Executive Vice President