Exhibit I

Case 1:05-cv-00318-SLR   Document 8-10   Filed 06/24/2005   Page 1 of 2

| | |
|---|---|
| 稲森 哲 (海外食品・アミノ<br>酸カンパニー甘味料部加<br>工用グループ)<br><br>2004/11/19 19:13 | 宛先: "Petray, Craig R [NutraSweet/CHQ]"<br>&lt;Craig.R.Petray@nutrasweet.com&gt;<br>cc: "Bernard Kramer (E-mail)" &lt;bkramer@mwe.com&gt;,<br>norifumi_okita@ajinomoto.com, "DeFer, William L [NutraSweet/AGS]"<br>&lt;William.L.DeFer@nutrasweet.com&gt;, shinichi_kishimoto@ajinomoto.com<br>件名: RE: Follow Up – 11/17 Meeting |

Dear Mr. Petray,

Thank you very much for your quick reply.
Your message below are duly forwarded to all the parties concerned for our internal discussion, and we look forward to seeing you on 11/30.

Best regards,

Satoshi Inamori  稲森 哲

Sweetener Dept.
Global Foods & Amino Acids Company
Ajinomoto Co., Inc.

Tel : 03-5250-8179
Fax : 03-5250-8315
E-mail : satoshi_inamori@ajinomoto.com
"Petray, Craig R [NutraSweet/CHQ]" &lt;Craig.R.Petray@nutrasweet.com&gt;



| | |
|---|---|
| "Petray, Craig R<br>[NutraSweet/CHQ]"<br>&lt;Craig.R.Petray@nutras<br>weet.com&gt;<br><br>2004/11/19 07:39 | 宛先: &lt;satoshi_inamori@ajinomoto.com&gt;<br>cc: &lt;norifumi_okita@ajinomoto.com&gt;, "DeFer, William L [NutraSweet/AGS]"<br>&lt;William.L.DeFer@nutrasweet.com&gt;, "Bernard Kramer (E-mail)"<br>&lt;bkramer@mwe.com&gt;<br>件名: RE: Follow Up – 11/17 Meeting |

Dear Mr. Inamori,

It was good to meet you a few weeks ago in Chicago.

We had our Board meeting yesterday.  We decided that we will negotiate an aspartame agreement for your short term needs (200 mts in 2005 with shipments as you had outlined) if we can negotiate at the same time a resolution to the neotame blend patent issues. We will not link this discussion to resolving the issue of us shipping Korean aspartame in to The Territory.

We are able to confirm that pending resolution to the blend patent issues we are able to meet your required aspartame needs in 2005 (100 mts shipped in January and 100 mts shipped in April). It would be very beneficial for us to receive a proposal to resolve the blend patent issue before we meet in Tokyo.

If this is acceptable, we look forward to meeting with you on November 30th in Tokyo.

Best regards,

C. Petray

Craig R. Petray
Chief Executive Officer
The NutraSweet Company
Phone: +1 312 873 5003
Fax: +1 312 873 5057