IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AJINOMOTO CO., INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 05-318 (SLR) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Matthew D. Slater, Esquire, Patricia M. McDermott, Esquire, and Ilya Shapiro, Esquire, each of Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Washington, D.C. 20006, to represent Defendant Ajinomoto Co., Inc., in this matter.

Dated: June 28, 2005

POTTER ANDERSON & CORROON, LLP

By: /s/ Peter J. Walsh
Peter J. Walsh, Jr. (DSB ID No. 2437)
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
(302) 984-6037
pwalsh@potteranderson.com
*Attorneys for Defendant Ajinomoto Co., Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

Dated: _____, 2005    _____
UNITED STATES DISTRICT JUDGE

688369v1/29191

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and am admitted and in good standing as an inactive member of the West Virginia State Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

     In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 6/27/05

Matthew D. Slater, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and am admitted and in good standing as an inactive member of the Bar of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: **6/27/05**

Patricia M. McDermott, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

    ☐ has been paid to the Clerk of the Court; or

    ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: **6/27/05**

Ilya Shapiro, Esq.
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Peter J. Walsh, Jr., do hereby certify that on June 28, 2005, I electronically filed the foregoing MOTION AND PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*, CERTIFICATION OF MATTHEW D. SLATER, ESQUIRE, CERTIFICATION OF PATRICIA M. McDERMOTT, ESQUIRE, and CERTIFICATION OF ILYA SHAPIRO, ESQUIRE with the Clerk of the Court using CM/ECF, which is available for public viewing and downloading, and which will send notification of such filing to the following counsel of record:

> James L. Holzman, Esquire (DSB ID No. 663)
> Gary F. Traynor (DSB ID No. 2131)
> J. Clayton Athey (DSB ID No. 4378)
> PRICKETT, JONES & ELLIOTT, P.A.
> 1310 King Street
> Wilmington, Delaware 19801
> Email: jlholzman@prickett.com
> Email: gftraynor@prickett.com
> Email: jcathey@prickett.com

/s/ Peter J. Walsh
Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: pwalsh@potteranderson.com

688369v1/29191