# Exhibit B

Intellectual Property Department
# Ajinomoto Co., Inc.
1-1, Suzuki-cho, Kawasaki-ku,
Kawasaki, Kanagawa 210-8681 Japan
Telephone:81-44-244-7182   Facsimile:81-44-244-9619

December 5, 2001

Mr. David T. Bowman
General Counsel
The NutraSweet Company
10 South Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone:(312)673-5006, Facsimile:(312)673-5053
david.t.bowman@nutrasweet.com

RE: R&L Agreement

Dear Mr. Bowman

I am writing to request that you attend a meeting with Ajinomoto Co. to discuss what appears to be the violation by NutraSweet of the export restrictions of the R&L Agreement. In view of the seriousness of this matter and its importance to Ajinomoto, we request that this meeting be held as soon as possible. Please advice me promptly of your availability to meet in Chicago on December 17 or 18, 2001.

For your information, Dr. H. Morioka, Deputy General Manager of Ajinomoto's Intellectual Property Department, on my behalf, and Mr. T. Miyama of Ajinomoto's Sweetener Department are ready to attend the meeting. Mr. Joshua H. Rawson of Cleary, Gottlieb, Steen & Hamilton will

also attend the meeting as an Ajinomoto legal consultant.

Sincerely yours,

Tetsuo Kono, Ph.D.
General Manager
Intellectual Property Department
Ajinomoto Co., Inc.

CC: Mr. T. Takahashi, Sweetener Dept.
    Dr. H. Morioka
    Mr. T. Miyama