# Exhibit C

Case 1:05-cv-00318-SLR    Document 11-4    Filed 07/11/2005    Page 1 of 2



The NutraSweet Company

December 7, 2001

Dr. Tetsuo Kono
General Manager
Intellectual Property Department
Ajinomoto Co., Inc.
1-1, Suzuki-cho, Kawasaki-ku
Kawasaki, Kanagawa 210-8681
Japan

    Re: Release and License Agreement

Dear Dr. Kono:

I acknowledge receipt of your letter of December 5, 2001 requesting my attendance at a meeting to discuss what appears to Ajinomoto to be a violation by The NutraSweet Company of the export restrictions of the Release and License Agreement.

Unfortunately, your letter does not contain any supporting documentation or information on which Ajinomoto has based its concern. Considering the serious nature of Ajinomoto's view, and the position of The NutraSweet Company that it is in full compliance with the terms of the Release and License Agreement, it is requested that Ajinomoto extend the courtesy of forwarding to NutraSweet the information available that supports its concern. Once NutraSweet has had an opportunity to review this information, I would be willing to schedule the requested meeting.

Kind regards,

David T. Bowman
General Counsel

10 South Wacker Drive, Suite 3200, Chicago, IL 60606
tel 312.873.5000  fax 312.873.5050
www.nutrasweet.com