# Exhibit E



The NutraSweet Company

December 13, 2001

Dr. Tetsuo Kono
General Manager
Intellectual Property Department
Ajinomoto Co., Inc.
1-1, Suzuki-cho, Kawasaki-ku
Kawasaki, Kanagawa 210-8681
Japan

    Re: <u>Release and License Agreement</u>

Dear Dr. Kono:

I acknowledge receipt of your letter of December 12, 2001 regarding the above-referenced matter.

It is difficult to understand the seriousness of the situation referenced in your letters without having received any information from Ajinomoto that supports its concern. While it would be beneficial to receive any such information prior to a meeting to discuss the Release and License Agreement, in the spirit of maintaining our good relationship with Ajinomoto, The NutraSweet Company will agree to meet with you and your representatives and receive the disclosures in person. I would also like to reiterate that The NutraSweet Company maintains that it is in full compliance with the terms of the Release and License Agreement.

My schedule next week is not firm, but it appears that I will not be in the office during mid-week. I therefore propose we meet on Friday, December 21st, at 10:00 a.m. Please let me know if this is acceptable. I, and Mr. Jeff Hoster, will be attending the meeting on behalf of The NutraSweet Company.

Kind regards,

David T. Bowman
General Counsel

10 South Wacker Drive, Suite 3200, Chicago, IL 60606
tel 312.873.5000  fax 312.873.5050
www.nutrasweet.com