# Exhibit F

Case 1:05-cv-00318-SLR    Document 11-7    Filed 07/11/2005    Page 1 of 2



# The NutraSweet Company

January 11, 2002

Dr. Tetsuo Kono
General Manager
Intellectual Property Department
Ajinomoto Co., Inc.
1-1, Suzuki-cho, Kawasaki-ku
Kawasaki, Kanagawa 210-8681
Japan

      Re:  Release and License Agreement

Dear Dr. Kono:

This will confirm the meeting held in The NutraSweet Company offices on December 21, 2001, between Dr. Hajimu Morioka, Mr. Tomomi Miyama and Mr. Joshua Rawson representing the interests of Ajinomoto Co., Inc., and Jeff Hoster and me, regarding the Release And License Agreement entered into between Monsanto Company, NutraSweet and Ajinomoto.

During the meeting we were provided with copies of cargo tracking documents that appeared to show two shipments of the NutraSweet® brand of sweetener to Gothenburg, Sweden in 2001. It was requested by Ajinomoto that NutraSweet determine if it exported the product in question to Sweden.

Based upon a review of available information, NutraSweet can confirm that it did not export the product in question to Sweden, or to any other country comprising the Excluded Territory, as such term is used in the Release And License Agreement. Instead, the tracking documents represent product that was sold by The NutraSweet Company to a customer located in the United States. Therefore, NutraSweet is in full compliance with the terms of the Release And License Agreement. Because our companies are competitors, and considering such disclosures are not required under the terms of the Release And License Agreement, it would be inappropriate at this time to disclose the name of the customer to whom the product in question was sold. .

As stated at our meeting, we understand that Ajinomoto has seriousness concerns about this situation. In the spirit of maintaining the good relationship between our companies, and if Ajinomoto still has any concerns about the documents in question, The NutraSweet Company will agree to meet with you and your representatives to discuss the matter, and if necessary, possible amicable resolutions. However, any discussions regarding NutraSweet's customers or the interpretation of the Release And License Agreement, including any limitations beyond the restrictions set forth in the agreement, must take into account applicable competition laws.

Kind regards,

David T. Bowman
General Counsel

c.c. Joshua H. Rawson, Esq.

10 South Wacker Drive, Suite 3200, Chicago, IL 60606
tel 312.873.5000  fax 312.873.5050
www.nutrasweet.com