# Exhibit G

Intellectual Property Department

# Ajinomoto Co., Inc.

1-1, Suzuki-cho, Kawasaki-ku,

Kawasaki, Kanagawa 210-8681 Japan

Telephone:81-44-244-7182     Facsimile:81-44-244-9619

February 14, 2002

Mr. David T. Bowman

General Counsel

The NutraSweet Company

10 South Wacker Drive, Suite 3200

Chicago, IL 60606

Telephone:(312)873-5006, Facsimile:(312)873-5053

david.t.bowman@nutrasweet.com

RE: R&L Agreement

Dear Mr. Bowman:

This will confirm the meeting between Ajinomoto and NutraSweet on February 20, 2002, at the offices of Cleary, Gottlieb, One Liberty Plaza, New York City, 39th Floor.

As you requested, I am writing to further explain to you, in advance of the meeting, Ajinomoto's concerns about the recurring shipments of NSC-manufactured aspartame to "Excluded Territories," as that term is defined in the Release and License Agreement dated May 25, 2000.  The Agreement grants limited rights under Ajinomoto's patents in the licensed territories, permitting NutraSweet to sell aspartame only within the specified licensed territories.   Under the express terms of agreement, the export of aspartame manufactured under license from Ajinomoto to any Excluded Territory is prohibited.   Moreover, because no rights were granted to NutraSweet under Ajinomoto's U.S. patents to sell aspartame to customers in the Excluded Territories, and no rights whatsoever were granted under Ajinomoto's

02- 2-15; 3:50PM;味の素(株)                    ;0352508343          #  2/  2

patents in the Excluded Territories, the sales at issue -- whether made by NutraSweet or its customers -- constitute infringements of Ajinomoto's U.S. and European patents.

We understand that NutraSweet is asserting that the aspartame in question is being exported to the Excluded Territories by NutraSweet's customer and not by NutraSweet itself.   However, we note that the shipments are being made directly from NutraSweet's plant.   Even if we accept your representation that NutraSweet is not exporting this product, it is apparent that NutraSweet is not only aware that this aspartame is being exported to the Excluded Territories, but is participating in this export.   As you know, in connection with the negotiations of the Release and License Agreement the parties expressly agreed, among other things, that under the terms of the agreement NutraSweet cannot sell aspartame manufactured using Ajinomoto's patented technology to users which are known to NutraSweet to export the aspartame to Europe.   Accordingly, based on the information we have learned, NutraSweet's actions are a breach of the agreement, as well as an infringement of Ajinomoto's patent rights.

We expect to discuss this matter further with you at our meeting next week. We hope that you will be prepared to provide a specific explanation of these matters, including with respect to NutraSweet's interpretation of the agreement and the export restriction.

Yours truly,

Tetsuo Kono, Ph.D.
General Manager
Intellectual Property Department
Ajinomoto Co., Inc.

CC: Mr. T. Takahashi, Sweetener Dept.
      Dr. H. Morioka
      Mr. T. Miyama