# Exhibit I



The NutraSweet Company

**David T. Bowman**
Executive Vice President, General Counsel & Secretary

March 27, 2002

Dr. Tetsuo Kono
General Manager
Intellectual Property Department
Ajinomoto Co., Inc.
1-1, Suzuki-cho, Kawasaki-ku
Kawasaki, Kanagawa 210-8681
Japan

      Re: <u>Release And License Agreement</u>

Dear Dr. Kono:

On February 28, 2002, I forwarded to your attention a letter summarizing the meeting held in the New York offices of Cleary, Gottlieb, Steen & Hamilton on February 20, 2002, regarding the Release And License Agreement, which included a request that Ajinomoto Co., Inc. provide to The NutraSweet Company a letter that sets forth a proposal for the resolution of these differences. To date, NutraSweet has not received a reply to my letter. As Ajinomoto expressed that this matter was one of urgency, NutraSweet is puzzled at this lack of response, as NutraSweet remains willing to continue the dialog regarding this matter. As stated in my letter, NutraSweet and Ajinomoto have always been able to resolve their differences and maintain the good relationship that exists. It is our belief that we will be able to do so again with respect to this matter.

I would also like to advise Ajinomoto that for reasons unrelated to the issues raised by Ajinomoto, NutraSweet has ended shipments of the nature objected to by Ajinomoto to the party at issue. Again, NutraSweet remains willing to discuss this matter further with Ajinomoto, and awaits Ajinomoto's proposal for resolution of this matter.

Kind regards,

David T. Bowman
General Counsel

c.c. Joshua H. Rawson, Esq.

10 S. Wacker Drive, Suite 3200, Chicago, IL 60606
tel 312.873.5006  fax 312.873.5053  david.t.bowman@nutrasweet.com
www.nutrasweet.com