IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-318 (SLR) |
| ) | |
| AJINOMOTO CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF DAVID F. WENTZEL**

1. My name is David F. Wentzel. I am a partner in the law firm of McDermott Will & Emery LLP. I am admitted as a member of the bar before the Supreme Court of Illinois, and have been admitted *pro hac vice* in this Court for purposes of representing The NutraSweet Company in the above-captioned lawsuit.

2. In early June 2005, I had a telephone conversation with Ajinomoto's litigation counsel, Matthew Slater. Mr. Slater contacted me to request an extension of time to file a response to NutraSweet's complaint. During that telephone conversation, Mr. Slater indicated to me that Ajinomoto intended to move for dismissal because it did not believe that this case presented a sufficient case or controversy.

3. On June 13, 2005, in response to that telephone conversation, I sent Mr. Slater a letter, a copy of which is attached as Exhibit A. In that letter, I sought Ajinomoto's position as to whether the conduct alleged in NutraSweet's complaint constituted a breach of the May 25, 2000 Release and License Agreement between Ajinomoto and NutraSweet. In return for Ajinomoto's written confirmation that such

conduct did not constitute a breach of the Release and License Agreement, I offered to voluntarily dismiss the above-captioned lawsuit.

4. To date, I have not received a response to my June 13, 2005 letter from Ajinomoto or its counsel.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2005                    /s/ David F. Wentzel
                                             David F. Wentzel

CHI99 4494064-1.058468.0018

## CERTIFICATE OF SERVICE

I, James L. Holzman, hereby certify that on July 11, 2005, I electronically filed the foregoing **DECLARATION OF DAVID F. WENTZEL** with the Clerk of the Court using CM/ECF, which is available for viewing and downloading, and which will send notification of such filing to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon, LLP
>1313 North Market Street
>P. O. Box 951
>Wilmington, DE 19899-0951
>pwalsh@potteranderson.com

>_____
>James L. Holzman (Bar ID #663)
>Prickett, Jones & Elliott, P.A.
>1310 King Street
>P.O. Box 1328
>Wilmington, DE 19899
>(302) 888-6509
>jlholzman@prickett.com
>*Attorneys for Plaintiff,*
>*The NutraSweet Company*