IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NUTRASWEET COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>AJINOMOTO CO., INC.,<br><br>        Defendant. | Case No. 05-318 (SLR) |

### STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time in which Defendant Ajinomoto Co., Inc. shall file its Reply Brief in support of its motion to dismiss is hereby extended to and including July 22, 2005. No prior extensions have been granted.

Dated: July 13, 2005

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (DSB ID No. 663)
Gary F. Traynor (DSB ID No. 2131)
J. Clayton Athey (DSB ID. 4378)
1310 King Street
Wilmington, Delaware 198010
(302) 571-6560
jholzman@prickett.com
gftraynor@prickett.com
jcathey@prickett.com

*Attorneys for Plaintiff*
*The NutraSweet Company*

| | |
|---|---|
| CO-COUNSEL: | POTTER ANDERSON & CORROON, LLP |
| CLEARY GOTTLIEB<br>    STEEN & HAMILTON, LLP<br>Matthew D. Slater, Esquire<br>Patricia M. McDermott, Esquire<br>Ilya Shapiro, Esquire<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801<br>(202) 974-1500<br>mslater@cgsh.com<br>pmcdermott@cgsh.com<br>ishapiro@cgsh.com | By: /s/ Peter J. Walsh, Jr.<br>Peter J. Walsh, Jr. (DSB ID No. 2437)<br>1313 North Market Street<br>Post Office Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6037<br>pwalsh@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Ajinomoto Co., Inc.* |

SO ORDERED this _____ day of June, 2005.

_____
United States District Judge Sue L. Robinson

690226v1/29191