IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NUTRASWEET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-318 (SLR) |
| | ) | |
| AJINOMOTO CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to the provisions of Local Rule 7.1.4, plaintiff respectfully requests the Court to schedule oral argument on defendant's motion to dismiss at a date and time convenient to the Court and counsel.

                                                    Respectfully submitted,

                                              PRICKETT, JONES & ELLIOTT, P.A.

                                              By: _____
                                                 James L. Holzman (Bar ID #663)
                                                 Gary F. Traynor (Bar ID #2131)
                                                 J. Clayton Athey (Bar ID #4378)

OF COUNSEL:  
Steven P. Handler  
David F. Wentzel  
John P. Killacky  
Jeremy Root  
McDermott, Will & Emery  
227 West Monroe Street  
Chicago, IL 60606  
(312) 372-2000  

                                                 1310 King Street  
                                                 Wilmington, Delaware 19801  
                                                 (302) 888-6500  
                                                 jlholzman@prickett.com  
                                                 gftraynor@prickett.com  
                                                 jcathey@prickett.com  
                                                 *Attorneys for Plaintiff,*  
                                                 *The NutraSweet Company*

Dated: July 25, 2005

18971.1\279816v1

## CERTIFICATE OF SERVICE

I, James L. Holzman, hereby certify that on July 25, 2005, I electronically filed the foregoing **APPLICATION FOR ORAL ARGUMENT** with the Clerk of the Court using CM/ECF, which is available for viewing and downloading, and which will send notification of such filing to the following counsel of record:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon, LLP
>1313 North Market Street
>P. O. Box 951
>Wilmington, DE 19899-0951
>pwalsh@potteranderson.com

>James L. Holzman (Bar ID #663)
>Prickett, Jones & Elliott, P.A.
>1310 King Street
>P.O. Box 1328
>Wilmington, DE 19899
>(302) 888-6509
>jlholzman@prickett.com
>*Attorneys for Plaintiff,*
>*The NutraSweet Company*