IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NUTRASWEET COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-318-SLR |
| | ) | |
| AJINOMOTO CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 31st day of March, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 6) is granted.

_____
United States District Judge